EUREKA PRODUCTIONS, INC., Appellant, *v.* INTIMATE THEATRES, INC., et al., Defendants, and METROPOLIS FILM EXCHANGE et al., Respondents.

(Submitted October 23, 1936; decided November 24, 1936.)

*Henry Pearlman* for appellant.

*Elias Lieberman, Nathaniel H. Janes* and *Irving E. Meller* for Metropolis Film Exchange et al., respondents.

*Alfred S. Krellberg* and *Arthur J. Homans* for Joan of Arc Pictures, Inc., et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. .